IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | | |
| | Plaintiff, | No. 2:12-cv-2649 KJM DAD PS |
| vs. | | |
| SUZANNE BESAG, | | ORDER |
| | Defendant. | |
| _____/ | | |

    Defendant is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

    On November 7, 2012, the magistrate judge filed findings and recommendations, which were served on defendant and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and defendant has not filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are received de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 7, 2012 (Doc. No. 8) are adopted in full;

2. This action is summarily remanded to the Solano County Superior Court; and

3. This case is closed.

DATED: January 28, 2013.

_____
UNITED STATES DISTRICT JUDGE