1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9  FEDERAL NATIONAL
   MORTGAGE ASSOCIATION,

10              Plaintiff,                    No. CIV S-12-2649 KJM DAD

11        vs.

12  SUZANNE BESAG,

13              Defendants                    ORDER
14  _____/

15              On January 29, 2013, this court adopted the magistrate judge's findings and

16  recommendations, remanded the action to the Solano County Superior Court, and closed the

17  case.   On February 28, 2013 plaintiff filed a motion for reconsideration.[1]  However, "[o]nce a

18  district court certifies a remand order to state court it is divested of jurisdiction and can take no

19  further action on the case." *Seedman v. United States Dist. Court*, 837 F.2d 413, 414 (9th Cir.

20  1998).

21              IT IS THEREFORE ORDERED that the motion for reconsideration, ECF Nos. 16

22  and 17, is denied.

23  DATED:  April 16, 2013.

24                                            _____
                                              UNITED STATES DISTRICT JUDGE

25

26  _____

        [1]  The docket contains two motions, but they are the same.  ECF Nos. 16 & 17.

                                              1